No. 187. THOMAS ORGAN CO. *v.* NEAL ET AL., DOING BUSINESS AS WORK SHOP PUBLICATIONS. C. A. 9th Cir. Certiorari denied. *Warren T. Jessup* for petitioner.

No. 188. FIOCCHI ET AL., DOING BUSINESS AS CAESAR FIOCCHI CO., ET AL. *v.* ROBERT G. REGAN CO. Supreme Court of Illinois. Certiorari denied. *Kenneth S. Lewis* for petitioners. *Gerald C. Snyder* for respondent.

No. 191. HOULIHAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Allen S. Stim* and *Menahem Stim* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 192. KEEGAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 194. CASS ET AL. *v.* YOUNGSTOWN SHEET & TUBE CO. C. A. 5th Cir. Certiorari denied. *William Van-Dercreek* for petitioners. *William J. Harnisch* and *John L. Roach* for respondent.

No. 207. RETAIL CLERKS UNION, 1550, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *S. G. Lippman* and *Tim L. Bornstein* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *John B. Hollister* for Kroger Company, respondents.